IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROCKY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-1070-ID |
| ) | [WO] |
| ) | |
| COFFEE COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's claims against the Coffee County Sheriff's Department are DISMISSED, with prejudice and prior to service of process, in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and the Coffee County Sheriff's Department is DISMISSED as a defendant in this cause of action. It is further

ORDERED that this case, with respect to Plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 23rd day of December, 2009.

                                    /s/ Ira Dement
                                    SENIOR UNITED STATES DISTRICT JUDGE