IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROCKY JONES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv1070-MHT |
| ) | (WO) |
| DAVE SUTTON, et al., ) | |
| ) | |
|     Defendants. ) | |

## JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The partial objection (doc. no. 57) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 54) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 28) is granted as to all of plaintiff Rocky Jones's claim, except plaintiff Jones's excessive-force claims for damages against defendants Neil Bradley and Tony Harrison in their individual capacities.

(4) Judgment is entered against plaintiff Jones and in favor of all defendants except, as to plaintiff Jones's excessive-force claims for damages against defendant Bradley and Harrison in their individual capacities.

(5) All defendants, except defendants Bradley and Harrison, in their individual capacities, are terminated as parties.

(6) This matter is referred back to the magistrate judge to hold an evidentiary hearing on plaintiff Jones's excessive-force claims for damages against defendants Bradley and Harrison in their individual capacities.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 30th day of July, 2014.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE