IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROCKY JONES,                            ) | |
|     ) | |
|     Plaintiff,                        ) | |
|     ) | CIVIL ACTION NO. |
|     v.                                ) | 2:09cv1070-MHT |
|     ) | (WO) |
| NEIL BRADLEY and                        ) | |
| TONY HARRISON,                          ) | |
|     ) | |
|     Defendants.                       ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Rocky Jones filed this lawsuit charging defendants Neil Bradley and Tony Harrison with excessive force during an arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that, based on the evidence presented during an evidentiary hearing as well as the record in the case, judgment should be entered in favor of the defendants and against the plaintiff.  Jones has filed objections to the recommendation.  After an independent and de novo review of the evidence (including, shortly after the evidentiary hearing, listening to a tape recording of the hearing) and the record, the court

concludes that Jones's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of October, 2014.

                                 /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE