IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROCKY JONES,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:09cv1070-MHT
                                )            (WO)
NEIL BRADLEY and                )
TONY HARRISON,                  )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Rocky Jones's objections (doc. no. 85) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 85) is adopted.

(3) Judgment is entered in favor of defendants Neil Bradley and Tony Harrison and against plaintiff Rocky Jones, with plaintiff Jones taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Jones, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of October, 2014.

                                  /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE