IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROCKY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv1070-MHT |
| | ) | (WO) |
| NEIL BRADLEY and | ) | |
| TONY HARRISON, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on the 15th day of August, 2017 (doc. no. 114), wherein the final judgment of this court made and entered herein on the 27th day of October, 2014 (doc. no. 91), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on the 20th day of September, 2017, and received in the office of the clerk of this court on the 20th day of September, 2017 (doc. no. 115), it is

the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on the 27th day of October, 2014 (doc. no. 91), is continued in full force and effect.

DONE, this the 3rd day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**